IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDIE MULLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 16-30 |
| | ) Hon. Nora Barry Fischer |
| SAM'S EAST, INC., | ) |
| | ) |
| Defendant. | ) |

## AMENDED CASE MANAGEMENT ORDER

AND NOW, this 8th day of September, 2016, a telephonic post-fact discovery status conference having been held, and for good cause shown, it is hereby ORDERED that the initial Case Management Order, (Docket No. 15), is amended as follows:

1. Independent medical examinations shall be completed by **October 30, 2016**. All remaining fact discovery and a settlement conference with a Magistrate Judge, if applicable, shall be completed by **November 15, 2016.** The discovery deadline shall be extended only by leave of court, and upon motion filed prior to the expiration of such deadline. The motion shall: (a) specify discovery which has been completed; (b) state reasons for the requested extension; (c) list any previous extensions of discovery; and (d) attach a proposed order which establishes specifically the extended pretrial schedule being requested. Any such motion shall contain a certificate of conferral as required by Local Rule 16.1.B.3.

2. Plaintiff's expert reports shall be completed by **December 16, 2016**. Defendant's expert reports shall be completed by **January 16, 2017**. The expert discovery deadline shall be extended only by leave of court, and upon motion filed prior to the expiration of such deadline.

1

3. Motions for summary judgment shall be filed by **December 23, 2016**. Motions for summary judgment shall be accompanied by a memorandum of law, not to exceed twenty (20) pages. The responding party shall file its responsive memorandum, not to exceed twenty (20) pages and any supporting evidentiary material by **January 23, 2017**. All argument in support of or opposition to a motion for summary judgment shall be set forth in the accompanying memorandum of law and shall not be included in the motion itself. Reply briefs are permitted, and must be submitted within ten (10) days of service of the response and are not to exceed ten (10) pages. No further submissions, such as a sur reply, will be permitted without leave of court and will be limited to five (5) pages, if leave is granted.

4. The date of trial in this matter depends on whether the parties file dispositive motions. Accordingly, at the appropriate time, and if necessary, the Court will set a trial date.

5. Another Telephonic Post-Fact Discovery Status Conference is scheduled for **November 16, 2016, at 5:00 p.m.**

*s/Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf: All counsel of record