IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDIE MULLEN, | : | CIVIL DIVISION |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 2:16-cv-00030 |
| v. | : | |
| | : | |
| SAM'S EAST, INC., | : | The Honorable Nora Barry Fischer |
| | : | |
| Defendant. | : | |

**ORDER OF COURT**

AND NOW, this 31st day of May 2017, the parties having met and conferred regarding the remaining deadlines moving forward and having agreed to same,

IT IS HEREBY ORDERED THAT:

1. The Court accepts the parties' suggestion for expert discovery deadlines, which are set as follows:

   a. Plaintiff's expert disclosures shall be completed on or before Monday, July 17, 2017;

   b. Defendant's expert disclosures shall be completed on or before Monday, August 14, 2017;

   c. Plaintiff's expert rebuttal reports, if any, shall be disclosed on or before Monday, August 28, 2017;

   d. Defendant's expert rebuttal reports, if any, shall be disclosed on or before Monday, September 11, 2017; and,

   e. The depositions of all expert shall be completed on or before Friday, October 20, 2017.

2573637.1

2. If *Daubert* motions are to be filed, said motions and briefs shall be filed according to the following schedule:

    a. *Daubert* motions, including briefs in support of said motions, shall be filed on or before Friday, November 10, 2017;

    b. Briefs in opposition to said *Daubert* motions are due on or before Friday, December 8, 2017;

    c. Any and all reply briefs will be filed on or before Monday, December 18, 2017;

    d. The parties shall inform the Court on or before Wednesday, December 27, 2017, whether or not a *Daubert* hearing is required. If no *Daubert* hearing is requested by the parties, then the *Daubert* motion will be decided based upon the papers submitted to the Court.

3. If no *Daubert* motions are filed, the Court will hold a Post-Expert Witness Discovery Conference on November \_\_\_\_, 2017 at _____ a.m./p.m. at which time the Court will set a trial date and all final pre-trial deadlines will be determined.

BY THE COURT:

_____
The Honorable Nora Barry Fischer