## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDIE MULLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-30 |
| ) | Hon. Nora Barry Fischer |
| SAM'S EAST, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER OF COURT

AND NOW, this 26th day of March, 2018, in accordance with the Court's extensive reasoning detailed on the record during the final pretrial conference, (*see* Docket No. [88]),

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 1447(c), this matter is remanded to the Court of Common Pleas of Allegheny County.

IT IS FURTHER ORDERED that the Clerk of Court is directed to transmit a certified copy of this Order to the Court of Common Pleas of Allegheny County, forthwith.

IT IS FURTHER ORDERED that the Court's Rule to Show Cause Order, (Docket No. 81), is EXTINGUISHED.

Finally, IT IS ORDERED that the Clerk of Court shall mark this matter CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf: All Counsel of Record

Prothonotary, Court of Common Pleas of Allegheny County